JOHN P. HANNON II
SB No: 111692
716 Capitola Avenue, Ste. F
Capitola, CA 95010
PH: (831) 476-8005
FAX: (831) 476-8984

Attorney for Plaintiff:
RANDY CHAPEL

RECEIVED

2009 FEB -9 PM 3:04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY CHAPEL,

   Plaintiff,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, MARGARET SPELLINGS
and DOES 1 through 20, inclusive,

   Defendants.

CASE NO.: C08-04982 RS

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

The court having considered the accompanying stipulation by the parties to the above referenced matter, hereby orders, that the above entitled matter be dismissed, without prejudice.

Dated: 2/23/09

By: _____
JUDGE OF THE FEDERAL COURT

ORIGINAL